# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deanna Elmer, an individual, | No. 2:19-cv-02034-TLN-DB |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST TO SEAL** |
| CONDUENT STATE & LOCAL SOLUTIONS, INC., a New York corporation, and Does 1-10, inclusive, | |
| Defendants. | |

Before the Court is Defendant Conduent State & Local Solutions, Inc.'s ("Defendant") Request to Seal Document. (ECF Nos. 3, 5 (duplicative filings).) Upon consideration of the request and there being no opposition thereto, the Court finds good cause to seal the document. Accordingly, the Court GRANTS Defendant's Request. The following shall be filed UNDER SEAL: the Separation Agreement and General Release attached as Exhibit E to Diane Wright's Declaration filed in support of Defendant's Motion to Dismiss.

The document shall be sealed until further order of this Court.

IT IS SO ORDERED.

Dated: October 29, 2019

Troy L. Nunley
United States District Judge