HEATHER D. HEARNE, SBN 254496
hdh@kullmanlaw.com
**THE KULLMAN FIRM**
A Professional Law Corporation
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Tel.: (225) 906-4245
Fax: (225) 906-4230

Attorney for Defendant
Conduent State & Local Solutions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA ELMER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CONDUENT STATE & LOCAL SOLUTIONS, INC., a New York corporation, and Does 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02034-TLN-DB<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO REMAND AND DEFENDANT'S MOTION TO DISMISS** |

Before the Court is a Joint Stipulation to Continue the hearing date for Plaintiff's Motion to Remand (ECF No. 8) and Defendant's Motion to Dismiss (ECF No. 4.). Upon due consideration of the request, the Court hereby Grants the Request and continues the hearing on both motions to February 6, 2020 at 2:00 p.m. All briefing shall be filed in accordance with Local Rule 230(c) and (d) and the new hearing date.

**IT IS SO ORDERED.**

Dated: December 5, 2019

_[signature]_
Troy L. Nunley
United States District Judge

ORDER DISMISSING COMPLAINT